FILED
2015 Dec-03 PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **MONICA TAYLOR and IDABEL NETTLES,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **Case No.: 5:13-cv-02160-MHH**<br>)<br>) |
| **AARON'S, INC., et al.** | )<br>) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW all the parties in the above-referenced action, by and through their counsel of record, and show unto this Court that this case may be dismissed with prejudice, costs taxed as paid.

*s/ David C. Williams, Jr.*
David C. Williams, Jr.   (ASB-8095-D55W)
***Attorney for Defendants, Aaron's, Inc. & Richard Eugene Hall***
PORTERFIELD, HARPER, MILLS, MOTLOW & IRELAND, PA
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
Telephone: 205.980.5000
Facsimile: 205.980.5001
Email: dcw@phm-law.com

*s/ Donald W. Lambert*
Donald W. Lambert
***Attorney for the Plaintiffs***

DONALD W. LAMBERT, PC
P.O. Drawer 19067
Huntsville, AL 35804

*s/ Tim R. Wadsworth*
Tim R. Wadsworth
*Attorney for the Plaintiffs*
P.O. Box 987
55051 Highway 17
Sulligent, AL 35586