# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **MONICA TAYLOR, IDABEL NETTLES,** | } } } |
| Plaintiffs, | } } |
| v. | Case No.: 5:13-cv-02160-MHH } } |
| **AARON'S INC., RICHARD EUGENE HALL ,** | } } } } |
| Defendants. | } |

## FINAL ORDER

Consistent with the parties' joint stipulation of dismissal (Doc. 26), the Court **DISMISSES WITH PREJUDICE** plaintiffs Monica Taylor's and Idabel Nettles's claims against defendants Aaron's, Inc. and Richard Eugene Hall.  Costs are taxed as paid.  The Court asks the Clerk to please close the file.

**DONE** and **ORDERED** this December 3, 2015.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE